IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

WANDA GENISE HARRIS,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

Civil Action No.: 5:21-cv-02135-ADS

Magistrate Judge Autumn D. Spaeth

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of One Thousand, Seven Hundred, Eighteen Dollars and Fifty-Seven Cents ($1,718.57), as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: 11/29/2022

    /s/ Autumn D. Spaeth
Autumn D. Spaeth
U.S. Magistrate Judge